**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
# SEALED

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

No. **4:24-cr-00543**

USAO#: 2024R05374

CRIMINAL INDICTMENT

Filed: *October 24, 2024*

Judge: **Ellison**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
ALAMDAR S. HAMDANI, USA         (713) 567-9000
BYRON H. BLACK, AUSA            (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| Darvi Hinojosa (Cts.1, 2) | ☐ | ☐ |
| a/k/a 10 Round | ☐ | ☐ |
| John Sblendorio, (Cts.1, 2) | ☐ | ☐ |
| a/k/a Tech9 | ☐ | ☐ |
| | ☐ | ☐ |

Ct. 1: Attempted Murder in Aid of Racketeering Activity [18 USC § 1959(a)(5) and 2]
Ct. 2: Using, Carrying, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence [18 USC § 924(c)(1)(A)(iii) and 2]

Charges Total Counts (2)

**PENALTY:**
Ct. 1: No more than 10 years imprisonment, not more than $250,000 fine, not more than 3 years SRT, $100 SA.
Ct. 2: Not less than 10 years imprisonment (consecutive), not more than life imprisonment, not more than $250,000 fine, not more than 5 years SRT, $100 SA.

☐ In Jail

☐ On Bond

NAME & ADDRESS
of Surety

☑ No Arrest   Darvi Hinojosa
              John Sblendorio

## PROCEEDINGS: