Case 4:24-cr-00543   Document 3   Filed on 10/24/24 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

*October 24, 2024*

Nathan Ochsner, Clerk of Court

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § | **CRIMINAL NO. 4:24-cr-00543** |
| **DARVI HINOJOSA,** § aka 10 Round, § **JOHN SBLENDORIO,** § aka Tech9 § | **FILE UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to seal the criminal indictment, the arrest warrant, and this motion and order filed in this cause.

As reason therefore, the United States respectfully states that the defendant has not been arrested in this case. Said defendant is unaware of any pending criminal charges against him. If the defendant was to learn of the criminal indictment, the arrest warrant, or this motion and order filed in this cause, he may flee to avoid prosecution.

Therefore, the United States respectfully requests the Court seal the above referenced criminal indictment, arrest warrant, and this motion and order, and that no person shall have access to same except the Clerk or his designated deputies, attorneys for the United States, and agents of the government who are involved in investigating this case. The Unites States is also requesting that the criminal indictment be <u>automatically unsealed</u> as to the defendant upon arrest, without further order of the Court.

Respectfully submitted,

Alamdar S. Hamdani
United States Attorney

By:

BYRON H. BLACK
Assistant United States Attorney