**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. **4:24-cr-00543** |
| DARVI HINOJOSA,<br>aka 10 Round,<br>JOHN SBLENDORIO,<br>aka Tech9 | § § § § | FILE UNDER SEAL |

## ORDER

The United States' Motion to Seal the above-referenced criminal indictment, the arrest warrant, and this motion and the order to seal, is hereby GRANTED. No person shall have access to same except the Clerk or his designated deputies, attorneys for the United States, and agents of the government who are involved in investigation this case. Upon arrest of the named defendant, the criminal indictment will be <u>automatically unsealed</u> without further order of the Court.

SIGNED at Houston, Texas, this <u>the 24th</u> day of <u>October</u>, 2024.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE