United States District Court
Southern District of Texas
**ENTERED**
October 25, 2024
Nathan Ochsner, Clerk

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. **4:24-cr-00543-2** |
| § | SEALED |
| JOHN SBLENDORIO § | |
| aka Tech9 § | |
| § | |
| Defendant. § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>
**JOHN SBLENDORIO**

☒ DETENTION
☐ RELEASE ON CONDITION APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas on <u>the 24th Day of October,</u> 2024.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE