United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:24–cr–00543 |
| | § | |
| John Sblendorio | § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Arraignment and Detention Hearing
October 31, 2024 at 09:00 AM
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 29, 2024

_____
Yvonne Y. Ho
United States Magistrate Judge