UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DARVI HINOJOSA ET AL.**, <br><br> Defendants. | **Case No.** 24-00543-01/02-CR-H-EW |

## NOTICE OF RELATED CASES

The United States of America, by and through its undersigned counsel, hereby notifies the Court that the above-captioned case is related to *United States v. Stephen Alms,* Case No. 24-00474-01-CR-H-EW, which is currently pending before the Honorable Ewing Werlein, Jr., Judge of United States District Court, Southern District of Texas. The charges in these indictments overlap and share similar legal and factual issues.

WHEREFORE, the United States respectfully requests that this case be assigned to the Honorable Ewing Werlein, Jr., the district court judge who has the lowest-numbered or first-filed of these related cases, thereby promoting judicial economy.

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By _____
Byron H. Black
Assistant United States Attorney
SDTX Fed. No. 3874745
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9432
Email: Byron.Black@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 29, 2024, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

                                                    Byron H. Black  
                                                    Assistant United States Attorney