UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:24–cr–00543 |
| § | |
| Darvi Hinojosa, John Sblendorio § | |

## *SCHEDULING ORDER*

1. MOTIONS will be filed by — November 8, 2024

2. RESPONSES will be filed by — November 15, 2024

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — December 6, 2024

4. PRETRIAL CONFERENCE is set for (515 Rusk, Courtroom 3A, 3rd Floor, Houston, Texas) **DEFENDANT MUST BE PRESENT** — December 6, 2024 at 10:30 AM

5. JURY selection and TRIAL set for — December 16, 2024 at 09:00 AM

6. Estimated Jury Trial Time: — 7 days

Direct questions about this schedule to Arturo Rivera, Case Manager to the Honorable Keith P. Ellison, United States District Judge, at Arturo_Rivera@txs.uscourts.gov, (713-250-5181).

SIGNED on October 31, 2024, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge