# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO: 4:24-CR-543-2 |
| | § | |
| JOHN SBLENDORIO | § | |

## MOTION FOR THE GOVERNMENT TO GIVE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR BAD ACTS UNDER FED. R. EVID. 404(B)

TO THE HONORABLE JUDGE OF THIS COURT:

Now comes Defendant, JOHN SBLENDORIO, and through counsel, moves this Court to order the government to provide him with notice of its intention, if any, to use evidence of "other crimes, wrongs or acts" of the Defendants, as that phrase is used in Fed. R. Evid. 404(b), and of the general nature of any such evidence it intends to introduce at trial.

A memorandum in support is attached hereto.

Respectfully submitted,

By: */s/ Anthony P. Troiani*
Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607
ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700

Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612
Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

_____

## CERTIFICATE OF SERVICE

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Motion for the Government to give Notice of its intention to use evidence of other crimes, wrongs or bad acts under Fed R Evid. 404(b) Discovery has been served on to Hon. John Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## CERTIFICATE OF CONFERENCE

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani