UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO: 4:24-CR-543-2 |
| | § | |
| JOHN SBLENDORIO | § | |

**O R D E R**

On this day came to be heard the foregoing Motion for the Government to Give Notice of its Intention to Use Evidence of Other Crimes, Wrongs or Bad Acts Under Fed. R. Evid. 404(b), and after due consideration the same is hereby (GRANTED) (DENIED).

SIGNED this the _____ day of _____, 2024.

_____
PRESIDING JUDGE