# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **VS.** § | **CRIMINAL NO: 4:24-CR-543-2** | |
| § | | |
| **JOHN SBLENDORIO** § | | |

## MOTION TO LIST WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, JOHN SBLENDORIO, by and through his Attorney, Anthony P. Troiani and files this his Motion to List Witnesses, and in support thereof would show the following:

1. The Names of the witnesses that the United States Attorney will call in its case in chief are in the exclusive possession of said prosecuting attorney. The Defendant is entitled to the disclosure of such witnesses by the Government prior to the voir dire examination of the jury panel, because without which he will be unable to select a fair and impartial jury, and thus will be denied a fair trial and effective assistance of counsel, guaranteed him under the Laws and Constitution of the United States.

Respectfully submitted,

By: */s/ Anthony P. Troiani*
Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607
ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700
Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612
Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

## CERTIFICATE OF SERVICE

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Motion to Witness List has been served on to Hon. Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## CERTIFICATE OF CONFERENCE

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani