# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| VS. § | **CRIMINAL NO: 4:24-CR-543-2** | |
| § | | |
| **JOHN SBLENDORIO** § | | |

## MOTION TO PRODUCE
## EXCULPATORY AND MITIGATING EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, JOHN SBLENDORIO, by and through his Attorney, Anthony P. Troiani and moves the Court to direct the United States Attorney to disclose to the Defendant herein and his attorney any exculpatory and/or mitigating evidence and/or facts within the possession, custody, or control of the United State Attorney or any of his agents, and others, the existence of which is known to said United States Attorney, including further any statements, exculpatory as to the Defendant which may have been made by any person to any one or more of the foregoing, and statements made by any indicted or unindicted coconspirator, if any, regarding this cause and this Defendant.

Respectfully submitted,

By: */s/ Anthony P. Troiani*
Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607
ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700
Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612
Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

## CERTIFICATE OF SERVICE

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Motion to Produce Exculpatory and Mitigating Evidence for Discovery has been served on to Hon. Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## CERTIFICATE OF CONFERENCE

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani