# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA** §
§
**VS.** § **CRIMINAL NO: 4:24-CR-543-2**
§
§
**JOHN SBLENDORIO** §

## O R D E R

On this day came to be heard the foregoing Motion to Produce Exculpatory and Mitigating Evidence and after due consideration the same is hereby (GRANTED) (DENIED).

SIGNED this the _____ day of _____, 2024.

_____
PRESIDING JUDGE