# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO: 4:24-CR-543-2** |
| | § | |
| **JOHN SBLENDORIO** | § | |

## O R D E R

On this day came to be heard the foregoing Motion to Discover Existence and Identity of Informant and after due consideration the same is hereby (GRANTED) (DENIED).

SIGNED this the _____ day of _____, 2024.

_____
PRESIDING JUDGE