# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO: 4:24-CR-543-2** |
| **JOHN SBLENDORIO** | § § | |

## MOTION TO REVEAL ANY DEALS AND/OR COMPENSATION BETWEEN GOVERNMENT AND WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JOHN SBLENDORIO, Defendant in the above styled and numbered cause, by and through his Attorney, Anthony P. Troiani and hereby makes and files this his Motion to Real any Deals and/or Compensation made Between the Government and any Witnesses and by way of this Motion Defendant would show unto this Court:

1. This information is necessary for the proper defense of the case; it is relevant information of which the jury should be aware and without said information Defendant would be denied his rights under the Constitution.

2. The information requested is necessary for cross-examination of the witnesses and impeachment of them.

**WHEREFORE PREMISES CONSIDERED**, Defendant would pray that said Motion to Reveal and Deals and/or Compensation between Government and Witnesses be in all things granted.

Respectfully submitted,

By: /s/ *Anthony P. Troiani*
Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607
ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700
Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612
Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

## CERTIFICATE OF SERVICE

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Motion to Reveal and/or Compensation Between Government and Witnesses has been served on to Hon. Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## CERTIFICATE OF CONFERENCE

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani