UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO: 4:24-CR-543-2** |
| | § | |
| **JOHN SBLENDORIO** | § | |

**O R D E R**

On this day, came to be heard the Defendant Motion to Reveal Any Deals and/or Compensation Between the Government and Witnesses and after due Consideration, the same is hereby (GRANTED) (DENIED).

SIGNED this the _____ day of _____, 2024.

_____
PRESIDING JUDGE