UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO: 4:24-CR-543-2 |
| | § | |
| JOHN SBLENDORIO | § | |

### REQUEST BY COUNSEL TO EXAMINE PROSPECTIVE JURORS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JOHN SBLENDORIO, Defendant in the above styled and numbered cause, by and through his Attorney, Anthony P. Troiani and pursuant to Fed. R. Crim. P. 24(a) hereby makes and files this his requests that this Honorable Court allow Counsel for Defendant to conduct the examination of prospective jurors, or, in the alternative, to supplement the Court's examination of prospective jurors.

Respectfully submitted,

By: */s/ Anthony P. Troiani*
Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607
ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700
Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612
Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

## CERTIFICATE OF SERVICE

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Request by Counsel to Examine Prospective Jurors has been served on to Hon. Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## CERTIFICATE OF CONFERENCE

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani