UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO: 4:24-CR-543-2 |
| | § | |
| JOHN SBLENDORIO | § | |

## MOTION TO ADOPT RELEVANT AND APPLICABLE OBJECTIONS MADE BY OTHER CO-DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JOHN SBLENDORIO, Defendant in the above styled and numbered cause, by and through his Attorney, Anthony P. Troiani and hereby makes and files this his Motion to Adopt Relevant and Applicable Objections Made by Other Co-Defendants, and would respectfully show the court as follows:

The Defendant would respectfully request this Honorable Court to allow him to adopt, as his own, all objections made by other co-defendants that are relevant to the Defendant and apply to his benefit. This request is made to obviate the continuing need to formally join the objections of others, and to allow a more orderly procession at trial.

Respectfully submitted,

By: */s/ Anthony P. Troiani*

Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607
ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700
Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612
Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

## CERTIFICATE OF SERVICE

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Motion to Adopt Relevant and Applicable Objections made by Other Co-Defendants has been served on to Hon. Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## CERTIFICATE OF CONFERENCE

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani