# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **VS.** § | **CRIMINAL NO: 4:24-CR-543-2** | |
| § | | |
| **JOHN SBLENDORIO** § | | |

# O R D E R

On this day, came to be heard the Defendant's Motion to Adopt Relevant and Applicable Objections Made by Other Co-Defendants and after due Consideration, the same is hereby  (GRANTED) (DENIED).


SIGNED this the _____ day of _____, 2024.


_____
PRESIDING JUDGE