UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO: 4:24-CR-543-2 |
| | § | |
| JOHN SBLENDORIO | § | |

## MOTION FOR ADDITIONAL AND SEPARATE CHALLENGES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JOHN SBLENDORIO, Defendant in the above styled and numbered cause, by and through his Attorney, Anthony P. Troiani and pursuant to Rule 24(b) of the Federal Rules of Criminal Procedure hereby requests that he be allowed ten peremptory challenges to be executed on his behalf separate from the other co-defendants or for as many separate challenges as the Court deems just in this case. The Defendant would request the separate challenges for the following reasons:

1) Each defendant is represented by different counsel and each will raise a defense decidedly different from that of this defendant.

2) In this case the defendant would have different reasons for peremptorily challenging jurors than his co-defendants, and therefore, would need separate challenges.

3) His attorney contends that the Defendant should not be forced to exercise peremptory challenges along with the co-defendants because of the distinct nature of his defense.

4) If the defendants herein are forced to exercise their challenges jointly, it is highly likely that multiple defendants and counsel would not be able to agree on the exercise of such challengers.

5) The defendant's attorney cannot render his client effective assistance of counsel without separate peremptory challenges nor can the defendant be afforded a fair trial by an impartial jury; both rights being guaranteed by the sixth amendment of the United States Constitution.

**WHEREFORE, PREMISES CONSIDERED**, defendant prays that he be given ten peremptory challenges to exercise separately or as many as the Court believes are constitutionally mandated to afford the defendant a fair trial and for such other and further relief as this Court deems necessary and equitable.

Respectfully submitted,

By: /s/ Anthony P. Troiani
Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607
ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700
Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612

Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

## **CERTIFICATE OF SERVICE**

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Motion for Additional and Separate Challenges made by Other Co-Defendants has been served on to Hon. Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## **CERTIFICATE OF CONFERENCE**

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani