# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

**UNITED STATES OF AMERICA** §
§
**VS.** § **CRIMINAL NO: 4:24-CR-543-2**
§
§
**JOHN SBLENDORIO**

# O R D E R

On this day, came to be heard the Defendant's Motion for Additional and Separate Challenges and after due Consideration, the same is hereby (GRANTED) (DENIED).

SIGNED this the _____ day of _____, 2024.

_____
PRESIDING JUDGE