# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO: 4:24-CR-543-2** |
| **JOHN SBLENDORIO** | | |

## MOTION TO ADOPT CO-DEFENDANTS' MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JOHN SBLENDORIO, Defendant in the above styled and numbered cause, by and through his Attorney, Anthony P. Troiani and requests an order from this Honorable Court allowing him to adopt any and all motions filed by his co-defendants in this case, if any.

**WHEREFORE PREMISES CONSIDERED**, Defendant would pray that this Honorable Court order the government to give the Defendant notice of the evidence that the government can reasonably anticipate that it will use in trial.

Respectfully submitted,

By: /s/ *Anthony P. Troiani*
Anthony P. Troiani
Texas Bar No. 00795914
Federal I.D.: 20607

ANTHONY P. TROIANI, P.C.
5020 Montrose, Suite 700
Houston, Texas 77006
Tel. (713) 520-7701
Fax. (713) 520-8612
Email: anthony@troianilaw.com

And

611 E. Washington St.
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 992-1086
Attorney for Defendant
JOHN SBLENDORIO

## CERTIFICATE OF SERVICE

I, Anthony P Troiani, Attorney for Defendant, JOHN SBLENDORIO hereby certify that a true and correct copy of said Motion to Adopt Co-Defendants' Motions has been served on to Hon. Byron Black, Assistant United States Attorney at 1000 Louisiana, Suite 2300, Houston, Texas 77002 on this the 8th day of November 2024.

/s/ Anthony P. Troiani
Anthony P. Troiani

## CERTIFICATE OF CONFERENCE

Counsel conferred with the Government on November 7, 2024, and the Government is opposed to the filing of this motion.

/s/ Anthony P. Troiani
Anthony P. Troiani