# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO: 4:24-CR-543-2** |
| **JOHN SBLENDORIO** | § § | |

## O R D E R

On this day, came to be heard the Defendant's Motion to Adopt Co-Defendants' Motions and after due Consideration, the same is hereby (GRANTED) (DENIED).

SIGNED this the _____ day of _____, 2024.

_____
PRESIDING JUDGE