# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO: 1:24-CR-543-2** |
| | § | |
| **JOHN SBLENDORIO** | § | |

## ORDER ON GOVERNMENT'S REQUEST TO REASSIGN CASE

Came on to be considered Defendant JOHN SBLENDORIO's Objection to the Internal Reassignment of this matter.

**IT IS THEREFOR ORDERED, ADJUDGED and DECREED that** Defendant JOHN SBLENDORIO's Objection to the Government's Notice of Related Cases is hereby **SUSTAINED** and the Government's request to transfer this matter is **DENIED**.

Done at Houston, Texas, this the _____ day of _____ 2024.

_____
Judge Presiding

Cc:  Mr. Anthony P. Troiani,
     Attorney for John Sblendorio
     E-mail: anthony@troianilaw.com

     Mr. Byron Black
     Assistant United States Attorney
     E-mail: byron.black@usdoj.gov

     Ms. Joyce Raynor
     Attorney for Darvi Hinojosa
     E-mail: jraynorcarr@gmail.com