Case 4:24-cr-00543　Document 45　Filed on 11/08/24 in TXSD　Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | **CRIMINAL ACTION NO. 4:24-CR-** |
| **VS.** § | **00543-001** |
| § | |
| **DARVI HINOJOSA** § | |

### EXCLUDABLE DELAY ORDER

As to Defendant_DARVI HINOJOSA_, It is **ORDERED** that a period of excludable delay shall commence on December 16, 2024 pursuant to Title 18 U.S.C. §3161(h)(7)(A) and (B), Category T of the Speedy Trial Act Amendments of 2008.

In accordance with Title 18 U.S.C. §3161(h)(8)(A), the basis for continuance is the finding that the ends of justice served by taking this action outweigh the best interest of the public, as well as the Defendant, to a speedy trial, and is contained in a written motion filed by Defendant. It is, therefore, **ORDERED** that the unopposed motion for continuance is **GRANTED**.

The Court finds that pursuant to Title 18 U.S.C. §3161(h)(8)(B):

[**X**]　　Failure to grant a continuance would stop further proceedings or result in the miscarriage of justice.

[ ]　　Case unusual or complex, and as stated in open court on -------

[ ]　　Continuance is granted in order to obtain or substitute counsel, or to allow reasonable time for trial preparation.

The period of excludable delay shall end at commencement of trial or disposition of charges.

1. MOTIONS will be filed by　　　　　　　　February 19, 2025

2. RESPONSES will be filed by          <u>March 5, 2025</u>

3. PRETRIAL CONFERENCE is set for      <u>March 19, 2025 at 10:30 a.m.</u>

   (515 Rusk, Courtroom 3A, 3rd Floor Houston, Texas)

    **DEFENDANT MUST BE PRESENT**

4. JURY selection and TRIAL set for       <u>March 24, 2025 at 9:00 a.m.</u>

    Signed at Houston, Texas on November 8, 2024.

                                                        Keith P. Ellison
                                                       United States District Judge