IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:24-CR000543 |
| | § | |
| JOHN SBLENDORIO | § | |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT, JOHN SBLENDORIO, moves the court to allow him to substitute counsel.

1. Defendant was arrested October 29, 2024, initial appearance was in front of United States Magistrate Judge Yvonne Ho on October 29, 2024. He has been detained following a hearing.

2. Undersigned has met with Defendant and he has retained undersigned to substitute current counsel Anthony Troiani. Defendant therefore moves to have Jed Silverman and Neal Davis substitute for Anthony Troiani and terminate his representation.

Respectfully submitted,

/s/ Jed Silverman
Jed Silverman
Email: Jed@JedSilverman.com
Federal I.D. No. 24246
1221 Studewood St.
Houston, TX 77008
(713) 226-8800
(713) 222-7424 fax
**Attorney for Defendant**

/s/ *Neal Davis*
Neal Davis
Email: Neal@nealdavislaw.com
Federal I.D. No. 23729
1545 Heights Blvd., Suite 700
Houston, Texas 77008
**Attorney for Defendant**

/s/ *John Sblendorio*
John Sblendorio – by permission
**Defendant**

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing instrument was forwarded to the U.S. Attorney's office, AUSA, in this matter via the ECF system on December 3, 2024

## CERTIFICATE OF CONFERENCE

I, hereby certify that I conferred with Assistant United States Attorney Byron Black, and he is unopposed to this motion.