IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 4:24-CR000543 |
| JOHN SBLENDORIO | |

### ORDER

On this day came on to be heard Defendant's Motion to Substitute Counsel it is in all things GRANTED and Defendant's attorney of record is Jed Silverman and Neal Davis.

Signed this 4th day of December, 2024.

_____
JUDGE PRESIDING