**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. 4:24-cr-543-S |
| § | |
| MICHAEL H. DUNPHY § | |
| aka Money Mike § | |
| § | |
| Defendant. § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Superseding Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>
**MICHAEL H. DUNPHY**

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on February 11, 2025.

_____
UNITED STATES MAGISTRATE JUDGE