# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **4:24-cr-543-S** |
| § | |
| **CHRISTOPHER SANCHEZ** § | |

## NOTICE OF APPEARANCE

To the Honorable Judge**:**

James Alston, attorney at law, files this notice of appearance for defendant Christopher Sanchez.

Respectfully submitted,

/s/ *James Alston*
James R. Alston
1415 North Loop West, Suite 905
Houston, TX 77008
(713) 228-1400
(713) 228-1401 - fax
State Bar No. 00786974
Federal I.D. No. 30878
jamesalstonpc@outlook.com
**Attorney for Defendant**