## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO.  4:24 CR 543-12 |
| | § | |
| SEAN CHRISTISON | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Sean Christison hereby gives notice to the Court that Christopher Downey has been retained to appear as counsel. It is the intention of Sean Christison that Christopher Downey shall represent him in the above-captioned cause.

Christopher Downey provides the following information for all future correspondence in the above-captioned cause:

- Christopher Downey
- The Downey Law Firm
- 2814 Hamilton Street/Houston, Texas 77004
- Office: 7136510400
- SBN: 00787393
- Email: chris@downeylawfirm.com

Respectfully submitted,

_/s/*Christopher Downey*_____
CHRISTOPHER DOWNEY
State Bar No. 00787393
Attorney for Sean Christison

## CERTIFICATE OF SERVICE

This is to certify that on February 25, 2025, a true and correct copy of the above and foregoing document was served on Mr. Byron Black, Assistant United States Attorney, 1000

Louisiana, Houston, Texas, by ECF and electronic mail.

/S/
CHRISTOPHER J. DOWNEY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO.  4:24 CR 543-12** |
| | § | |
| **SEAN CHRISTISON** | § | |

## ORDER SETTING HEARING

On _____, 2025, the Defendant filed a Notice of Appearance of

Counsel.  The Court finds that the party is entitled to a hearing on this matter, and it is THEREFORE

ORDERED that a hearing on this motion is set for _____, at \_\_\_\_\_.

Signed on _____.

_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO.  4:24 CR 543-12** |
| | § | |
| **SEAN CHRISTISON** | § | |

## <u>ORDER</u>

On _____, 2025, the Defendant filed a Notice of Appearance of

Counsel.  The Court finds that the foregoing motion should be:


_____ GRANTED. The clerk is ordered to list Christopher Downey as the attorney for Sean

Christison.


_____ DENIED.




Signed on _____.


_____
United States District Judge