**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:24−cr−00543 |
| | § | |
| Marky Baker | § | |

# Notice of Cancellation

A proceeding in this case as to Marky Baker has been canceled as set forth below.

    Canceled setting: Detention Hearing

    Date and Time: 2/27/2025 at 10:00 a.m.

Date: February 27, 2025

                                                                                                       Nathan Ochsner, Clerk