IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | 4:24-CR-00543 (10) |
| § | |
| RONNIE MCCABE § | |

**NOTICE WITHDRAWING REQUEST FOR**
**TRANSCRIPTS OF DETENTION HEARING**

RONNIE MCCABE, DEFENDANT, hereby gives notice withdrawing his request for transcripts of detention hearing.

/s/ Brian Roberts
BRIAN ROBERTS
Attorney for Ronnie McCabe
Federal No. 954911
State Bar No. 24041790
116 S. Avenue C
Humble, TX 77338
713-237-8888
713-965-4492 Fax
brian@robertscriminallaw.com