IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:24-CR-00543 |
| | § | |
| JOHN M. PFEFFER, a/k/a "BIG JOHN" | § | |

### DEFENDANT JOHN M. PFEFFER, A/K/A BIG JOHN'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, JOHN M. PFEFFER, A/K/A "BIG JOHN," in the above styled and numbered cause, respectfully moves the Court for an order substituting RYAN W. GERTZ and discharging QUENTIN WILLIAMS as attorney of record for the Defendant in this cause. In support of this motion, JOHN M. PFEFFER, A/K/A "BIG JOHN" would show the Court as follows:

I.

QUENTIN WILLIAMS was previously appointed to represent the Defendant in this cause. Mr. Pfeffer now desires RYAN W. GERTZ to represent him in this matter. RYAN W. GERTZ has been retained to represent the Defendant in this cause.

This motion is not brought for delay, but to allow the Defendant to be represented by counsel of choice.

JOHN M. PFEFFER, A/K/A "BIG JOHN" prays that the Court grant this Motion and enter and order substituting RYAN W. GERTZ and discharging QUENTIN WILLIAMS as attorney of record.

Respectfully submitted,

THE GERTZ KELLEY LAW FIRM
Attorneys at Law
2630 Liberty
Beaumont, Texas 77702
P: (409) 833-6400
F: (409) 833-6401
E: rgertz@gertzlawyers.com

/s/ Ryan W. Gertz
_____
RYAN W. GERTZ
STATE BAR NUMBER: 24048489
Attorney for John M. Pfeffer, a/k/a "Big John"

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 3rd day of April, 2025.

/s/ Ryan W. Gertz
_____
Ryan W. Gertz

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Assistant United State Attorney Byron Black and he is unopposed to this motion.

/s/ Ryan W. Gertz
_____
Ryan W. Gertz