### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:24−cr−00543

Marcel Lett

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Marcel Lett as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/16/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

---

Date: April 14, 2025                                      Nathan Ochsner, Clerk