United States District Court
Southern District of Texas

**ENTERED**

April 16, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | CRIMINAL DOCKET 4:24-CR-00543 |
| | § | HONORABLE KEITH P. ELLISON |
| VS | § | |
| | § | |
| | § | |
| MICHAEL DUNPHY | § | |
| *Defendant* | § | |
| | § | |

## ORDER REGARDING AGREED MOTION TO AMEND CONDITIONS OF BOND

The defendant, Dunphy, has filed an agreed motion to amend his bond conditions. Both the government and the United States Probation Department consent to this amendment. After reviewing the motion, the **Court grants it**. Dunphy's bond conditions are modified to allow him to travel within the Southern and Eastern Districts of Texas.

Signed on _____April 14, 2025_____.

KEITH P. ELLISON
UNITED STATES JUDGE
SOUTERN DISTRICT OF TEXAS