UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CRIMINAL ACTION NO. 4:24-CR-00543-013 |
| VS. | § |
| | § |
| MARCEL LETT | § |

## ORDER

After review of the record, Defendant Marcel Lett's Opposed Motion to Remove Home Detention and Electronic Monitoring (Doc. 289) is **DENIED**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 8, 2025.

Keith P. Ellison
United States District Judge