United States District Court
Southern District of Texas

**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN M. PFEFFER, ET AL.

Defendants.

Case No. 24-00543-01/14-CR-H-KPE

## ORDER CERTIFYING CASE AS COMPLEX

For good cause shown, IT IS HEREBY ORDERED that Government's Motion to Certify

Case as Complex is GRANTED.

Signed ___*15 September*___, in Houston, Texas.


_____
HONORABLE KEITH P. ELLISON
United States District Court Judge
Southern District of Texas

1