# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                      Case Number: 4:24–cr–00543

Darvi Hinojosa
John Sblendorio
John M Pfeffer
Michael H Dunphy
Bradley Rickenbacker
David Vargas
Roy Gomez
Christopher Sanchez
Marky Baker
Ronnie McCabe
Brandon K Hantz
Sean G. Christison
Marcel Lett
Jeremy Cox

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Darvi Hinojosa, John Sblendorio, John M Pfeffer, Michael H Dunphy, Bradley Rickenbacker, David Vargas, Roy Gomez, Christopher Sanchez, Marky Baker, Ronnie McCabe, Brandon K Hantz, Sean G. Christison, Marcel Lett, Jeremy Cox as set forth below.**

**Before the Honorable Keith P Ellison**

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/8/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Pretrial Conference

Date: October 1, 2025                                                     Nathan Ochsner, Clerk