UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:24−cr−00543

Marcel Lett

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  2/10/2026

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Modify Conditions of Release – #331

Date:   January 29, 2026

Nathan Ochsner, Clerk