United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL ACTION NO. 4:24-CR-00543-005 |
| VS. § | |
| § | |
| BRADLEY RICKENBACKER § | |

## ORDER

The Court has reviewed Defendant's Motion to Revoke Detention and the Government's Suggestions in Opposition to Defendant's Motion. The Court **Denies** the Defendant's Motion to Revoke Detention (Doc. 334).

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 25, 2026.

_____
Keith P. Ellison
United States District Judge

1 / 1