IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | No. 4:24-CR-543 (4) |
| v. | | |
| JOHN SBLENDORIO | | |

MOTION TO ADOPT DARVI HINOJOSA'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM CELL TOWER DUMP SEARCH WARRANTS

JOHN SBLENDORIO, through undersigned, moves the Court for leave to adopt Darvi Hinojosa's Motion to Suppress Evidence Derived from Cell Tower Dump Search Warrants and all arguments, authorities, exhibits, and requests for relief set forth therein. In support, Mr. Sblendorio would show:

1. Mr. Hinojosa is filing a Motion to Suppress Evidence Derived from Cell Tower Dump Search Warrants challenging the government's acquisition and use of evidence derived from cell tower dump warrants on

1

Fourth Amendment grounds and seeking suppression of such evidence and all fruits. The motion identifies three warrants authorizing collection of device identifiers and location-related data from multiple carriers for specified locations and timeframes, including Blue Bayou Cafe on November 2, 2020; Bimbos Bar on February 23, 2023; and Winter Bar on June 2–3, 2023. The motion argues, inter alia, that the warrants operated as general warrants, lacked particularity, were unsupported by probable cause as to the breadth of data seized, and implicated privacy interests in historical cell site location information.

2. Mr. Sblendorio is similarly situated to Mr. Hinojosa with respect to the issues raised and the relief sought in that motion, and the arguments therein fully apply to Mr. Sblendorio's case. Adoption promotes judicial economy and ensures consistent adjudication of common legal questions arising from the same warrants and investigative steps.

3. Accordingly, Mr. Sblendorio seeks to adopt in part and incorporate by reference, as set forth herein, the entirety of Mr. Hinojosa's Motion to Suppress Evidence Derived from Cell Tower Dump Search Warrants, including all factual assertions, legal arguments, authorities, exhibits, and requested relief, and joins in any supplemental briefing, evidence, and argument related thereto. Specific to Mr. Sblendorio, Exhibit 3 – 4:23-mj-1655 filed on September 18, 2023, related to Winters Bar on June 2-3, 2023, and 4:23-mj-1656 filed on October 18, 2023, related to Winters Bar on June 2-3, 2023.

For the foregoing reasons, Mr. Sblendorio respectfully requests that the Court:

a) Grant this Motion and permit Mr. Sblendorio to adopt and incorporate in full Darvi Hinojosa's Motion to Suppress Evidence Derived from Cell Tower Dump Search Warrants, including all arguments, authorities, exhibits, and requests for relief;

b) Deem the adopted motion filed on Mr. Sblendorio's behalf and permit him to join in any evidentiary hearing, oral argument, and subsequent briefing related to that motion; and

c) Grant such other and further relief to which Mr. Sblendorio may be justly entitled.

Respectfully submitted,

JED SILVERMAN LAW FIRM

*/s/ Jed Silverman*

Jed Silverman
Texas Bar No. 24013511
Jed@JedSilverman.com
1221 Studewood St.
Houston, Texas 77002
Tel: (713) 226-8800

NEAL DAVIS LAW FIRM, PLLC

*/s/          Neal Davis*
Neal Davis
Texas Bar No.: 24001117

Neal@NealDavisLaw.com
1545 Heights Blvd.
Houston, Texas 77002
Tel: (713) 227-4444
Fax: (800) 760-7140

## Certificate of Conference

I, Neal Davis, hereby certify that I spoke with AUSA Black on March 3, 2026, and while he is not opposed to Sblendorio adopting Hinojosa's motion, he is opposed to any suppression or relief.

/s/Neal Davis

Neal Davis

## Certificate of Service

I, Neal Davis, hereby certify that a true and correct copy of the going notice has been sent to the AUSA via PACER e-filing on March 3, 2026.

/s/Neal Davis

Neal Davis

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | No. 4:24-CR-543 (4) |
| v. | | |
| JOHN SBLENDORIO | | |

ORDER

Upon considering Sblendorio's Motion to Adopt, it is GRANTED.

Signed _____, _____, 2026.

_____
HONORABLE KEITH ELLISON

7