IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 4:24-CR-543-13 |
| | § | |
| MARCEL LETT | § | |

**DEFENDANT LETT'S MOTION FOR THE GOVERNMENT TO GIVE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR BAD ACTS UNDER RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

The Defendant Marcel Lett files this Motion for the Government to Give Notice of Its Intention to Use Evidence of Other Crimes, Wrongs or Bad Acts Under Rule 404(b) of the Federal Rules of Evidence, and in support thereof would show the Court as follows:

1.  Rule 404(b) of the Federal Rules of Evidence reads as follows:

    (b) Other crimes, wrongs, or acts. Evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith. It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, <u>provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial</u>.

2.  Rule 404(b) adds a pretrial notice requirement in criminal cases and is intended to reduce surprise and promote early resolution on the issue of admissibility.

3. The government must provide the Defendant with notice of its intention to use evidence of other crimes or wrongful acts, and to disclose the general nature of any such evidence it intends to introduce at trial in order to reduce the risk of unfair surprise and prejudice. See e.g. *United States v. Powers*, 168 F.3d 741, 749 (5th Cir. 1999).

4. On March 4, 2026, undersigned counsel e-mailed a copy of this motion to Assistant United States Attorney Byron Black requesting his position with respect to the granting of this motion. AUSA Black is opposed to the granting of the motion.

WHEREFORE, given the language of Rule 404(b), and the policies advanced by early notification of the government's intent to use other crimes evidence, the Defendant respectfully requests that this motion be granted.

Respectfully submitted,

　/s/ Richard Kuniansky　
RICHARD KUNIANSKY
State Bar No. 11762840
440 Louisiana, Ste. 1440
Houston, Texas 77002
Tele: (713) 622-8333
rkuniansky@gmail.com

ATTORNEY FOR DEFENDANT
MARCEL LETT

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing MOTION FOR THE GOVERNMENT TO GIVE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR BAD ACTS UNDER RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE AND MEMORANDUM OF LAW IN SUPPORT THEREOF, has been made by electronic means to all counsel of record.

       /s/ Richard Kuniansky
       Richard Kuniansky

*\D:\Current\Lett CJA\404(b).wpd*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:24-CR-543-13 |
| | § | |
| MARCEL LETT | § | |

ORDER

Defendant MARCEL LETT's Motion For the Government to Give Notice of Its Intention to Use Evidence of Other Crimes, Wrongs or Bad Acts is GRANTED/DENIED.

SIGNED this ___ day of _____, 2026.

_____
Honorable Keith P. Ellison
United States District Judge