**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | |
| **MARKY BAKER**, | **Case No.** 24-CR-00543-09/12-CR-H-KPE |
| and | |
| **SEAN G. CHRISTISON**, | |
| Defendants. | |

**GOVERNMENT'S OMNIBUS RESPONSE**
**TO MOTIONS TO ADOPT MOTIONS OF CO-DEFENDANTS**

The Government respectfully requests that this Court deny the motions of Marky Baker and Sean Christison to prospectively adopt the motions and objections of all co-defendants in the above-captioned matter. (D.E. 356 & 363).

Permitting Baker and Christison to file a blanket, prospective adoption of all motions and objections by their co-defendants is not warranted in this case. Ordinarily a defendant must make his own objections to preserve an issue for appeal. *United States v. Evans*, 892 F.3d 692, 711 n.1 (5th Cir. 2018). Nonetheless, a defendant may adopt objections and motions by co-defendants, but only where "the Government has no valid objection and the district court allows it." *Id*. (*citing United States v. Whittington*, 269 Fed. Appx. 388, 400 (5th Cir. 2008); and *United States v. Bernal*, 814 F.2d 175, 182 (5th Cir. 1987)). When this is permitted, however, it is typically on an individual, motion- or objection-specific basis. *See id.* In the present case, the Government has *not* objected to motion-specific adoptions by several other co-defendants. (D.E. 358, 359, & 371.)

Permitting Baker and Christison to *prospectively* adopt *all* objections and motions filed by their co-defendants in this case relieves them of the need to advance motions and objections with specificity. In turn, this places an undue burden on the Government in responding to motions and objections, as the basis for Defendant's adoption is unclear when done in such a sweeping and generic manner. Blanket adoption of motions is also contrary to Local Criminal Rule 12, which requires motions to "state specifically the basis for the motion." CrLR 12.2. For these reasons, Baker and Christison's motions to adopt the motions and objections of their co-defendants should be denied.

WHEREFORE, based on the foregoing, the United States respectfully requests that the Court deny the motions at docket entries 356 and 363.

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

By         
Byron H. Black
Assistant United States Attorney
SDTX Fed. No. 3874745
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9432
Email: Byron.Black@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 16, 2026, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

Byron H. Black
Assistant United States Attorney

2