UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL ACTION NO. 4:24-CR- |
| | § | 00543- |
| VS. | § | 001,002,003,004,005,006,007,008,009,010,011 |
| | § | ,012,013,014 |
| | § | |
| JOHN M PFEFFER, MICHAEL H | § | |
| DUNPHY, DARVI HINOJOSA, JOHN | § | |
| SBLENDORIO, BRADLEY | § | |
| RICKENBACKER, DAVID VARGAS, ROY | § | |
| GOMEZ, CHRISTOPHER SANCHEZ, | § | |
| MARKY BAKER, RONNIE MCCABE, | § | |
| BRANDON K HANTZ, SEAN G. | § | |
| CHRISTISON, MARCEL LETT, and | § | |
| JEREMY COX, | § | |
| | § | |
| Defendants. | | |

## NOTICE OF SETTING

Hearing: Motion hearing (doc. 368)

Date: 4/20/26

Time: 1:30 p.m.

Has been set before:

Judge Keith P. Ellison

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.

Enter Meeting ID: 160 7362 7986#

No participant ID − press #, Followed by Passcode: 3716#.

Nathan Ochsner, Clerk                    Date: March 31, 2026

By Deputy Clerk: A. Rivera