# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Cr No. 4:24-cr-543 -08 |
| | § | |
| CHRISTOPHER SANCHEZ | § | |

## UNOPPOSED MOTION TO CONTINUE JURY TRIAL

**TO THE HONORABLE JUDGE KEITH P. ELLISON:**

Defendant Christopher Sanchez moves to adopt co-defendant Bradley Rickenbacker's Motion to Suppress Evidence from Cell Tower Dump Warrant and Flock ALPR Surveillance (Dkt.396).

On July 15, 2026, undersigned counsel discussed this motion with Assistant United States Attorney Byron Black, requesting his position with respect to the granting of this motion. AUSA Black is unopposed to the granting of the motion to adopt but opposed to the motion to suppress.

In conclusion, defendant Christopher Sanchez requests the Court grant this motion to adopt co-defendant Bradley Rickerbacker's Motion to Suppress Evidence from Cell Tower Dump Warrant and Flock ALPR Surveillance.

//

//

Respectfully submitted,


 /s/   James Alston
JAMES ALSTON
Attorney for Defendant
Fed. No. 30878
State Bar No. 00786974
1415 North Loop West, Suite 905
Houston, Texas 77008
Ph. 713-228-1400
Fax 713-228-1401

## CERTIFICATE OF CONFERENCE

Defense counsel has consulted with AUSA Byron Black, and AUSA Byron Black is unopposed to the granting of the motion to adopt but opposed to the motion to suppress.

/s/ James Alston
JAMES ALSTON

## CERTIFICATE OF SERVICE

I, James Alston, hereby certify that a true and correct copy of the foregoing instrument was forwarded by ECF or email to AUSA Byron Black.

/s/ James Alston
JAMES ALSTON

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **Cr No. 4:24-cr-543-08** |
| | § | |
| **CHRISTOPHER SANCHEZ** | § | |

## ORDER

Defendant Sanchez's motion to adopt co-defendant Bradley Rickenbacker's

Motion to Suppress Evidence from Cell Tower Dump Warrant and Flock ALPR

Surveillance is GRANTED.

Signed on _____, 2026 in Houston, Texas.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE