United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| | * | |
| V | * | CRIM. NO. H-24-543 (9) |
| | * | |
| MARKY BAKER | * | |
| Defendant | * | |

**ORDER**

On this the _28th_ day of _July_, 2026, came on to be considered Defendant

Marky Baker's Motion to Allow Adoption and Joinder of Motions filed by Co-Defendants, and

said Motion is hereby:

___✓___ Granted.

_____ Denied.

SIGNED on the date set forth above.

_____
U.S. DISTRICT JUDGE KEITH P. ELLISON

3