**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 4:24-CR-543** |
| | § | |
| **BRADLEY RICKENBACKER** | § | |

# RICKENBACKER'S SUPPLEMENTAL BRIEF REGARDING FLOCK SURVEILLANCE IN THE NEWS[1]

TO THE HONORABLE KEITH ELLISON:

Mr. Rickenbacker submits this supplemental brief to bring to the Court's attention a wave of recent public reporting, much of it centered in this Division, Texas, and in Harris County, confirming that the automated license plate reader ("ALPR") network operated by Flock Group Inc., also doing business as Flock Safety ("Flock"), described in the pending Motion to Suppress (ECF 396) is not a hypothetical or speculative concern. It is a documented, ongoing pattern of rapid expansion, cross-jurisdictional data sharing, and repeated misuse, unfolding in real time in the very community this Court serves. That reporting bears on two questions already before the Court: whether society retains an objectively reasonable expectation that data of this volume and character will not be aggregated and searched without a warrant, and whether suppression here would

[1] This supplemental brief is filed in advance of the August 25, 2026 hearing to bring to the Court's attention recent public reporting, national and, in particular, local to this Division, concerning the Flock automated license plate reader network discussed in Mr. Rickenbacker's Motion to Suppress (ECF 396) and his pending Supplemental Brief. It raises no new claim for relief and is offered solely as background bearing on (1) the evolving societal expectation of privacy in aggregated ALPR data, and (2) the deterrence rationale underlying the exclusionary rule. None of the reporting cited below is offered as evidence of any element of a charged offense, and the Court is not asked to make any evidentiary finding based on it before a proper foundation is laid.

meaningfully deter conduct that government and industry actors alike have now publicly acknowledged requires reform.

## I. THE FLOCK NETWORK HAS EXPANDED ACROSS THE HOUSTON REGION FASTER THAN ANY MEANINGFUL OVERSIGHT HAS DEVELOPED

Texas now hosts more than 10,000 Flock cameras, with several thousand concentrated in the Houston area alone.[2] Houston led the nation in adopting the technology: by 2024 the region already had roughly 3,800 cameras, according to former Houston Police Chief Larry Satterwhite.[3] The Houston Police Department ("HPD") has contracted with Flock since 2021,[4] and the Harris County Sheriff's Office alone operates a network of 480 cameras.[5] On May 28, 2026, the Harris County Commissioners Court renewed the County's contract with Flock Group Inc. for $868,975, covering the period from June 6, 2026 through June 5, 2027, over pointed objection from residents and advocacy groups who had appeared before the Commissioners Court asking that the contract be cancelled outright.[6] The Texas Civil Rights Project noted at the time that the Harris County Sheriff's Office could not produce any written protocol distinguishing a "reasonable" search of the

---

[2] Robert Downen, *Use of Flock license plate reader cameras surges in Texas*, Tex. Trib. (Aug. 3, 2026), https://www.texastribune.org/2026/08/03/texas-flock-cameras-law-enforcement-license-plate-readers/ (last visited Aug. 24, 2026).

[3] *Flock surveillance is spreading across the Houston region. So is the backlash.*, Hous. Chron. (Aug. 9, 2026), https://www.houstonchronicle.com/news/houston-texas/article/flock-surveillance-cameras-backlash-22363916.php (last visited Aug. 24, 2026).

[4] *Houston police investigate vandalized license-plate cameras found on July 4*, Hous. Chron. (July 7, 2026), https://www.houstonchronicle.com/news/houston-texas/trending/article/license-plate-cameras-vandalized-22335432.php (last visited Aug. 24, 2026) (reporting that HPD has partnered with Flock since 2021).

[5] *Harris County deputies lose access to Flock cameras due to investigation*, Hous. Chron. (Aug. 14, 2026), https://www.houstonchronicle.com/news/houston-texas/article/flock-harris-county-sheriff-investigation-22389112.php (last visited Aug. 24, 2026).

[6] Lisa Valadez, *Harris County Flock Camera Contract Faces Privacy Concerns as Regional Scrutiny Grows*, Style Mag. (Aug. 14, 2026), https://stylemagazine.com/news/2026/aug/14/harris-county-flock-camera-contract-faces-privacy-concerns-as-regional-scrutiny-grows/ (last visited Aug. 24, 2026).

network from an unreasonable one.[7] Statewide, the scale of unmonitored sharing is compounding: the number of local agencies with which the Texas Department of Public Safety maintains data-sharing agreements grew 69% in just five months in 2026, from 122 to 206.[8]

Nor is Flock merely a license-plate-reader company that sells to police departments and counties. Flock also markets, and installs, a broader platform, automated license plate readers, gun-detection sensors, motion-detection camera upgrades, and a "Drone as First Responder" system, directly to private institutions, whose data and live feeds are in turn shared with local police. The University of St. Thomas, a private Catholic university at 3800 Montrose Blvd. in Houston, illustrates the point. In the spring of 2026 the University rolled out a Flock-powered campus safety program combining license plate readers at every campus entry point, gun-detection sensors in its main residence halls, and a Flock drone that its own police chief says provides "real-time information" from the air to both the University of St. Thomas Police Department and the Houston Police Department for coordinated response.[9] Figure 1 below, drawn from the same public camera-mapping tool cited throughout this brief, shows the resulting cluster of automated license plate readers

---

[7] *Houston activists rally against Flock surveillance cameras over privacy concerns*, Hous. Chron. (Aug. 19, 2026), https://www.houstonchronicle.com/news/houston-texas/article/houston-flock-license-plate-camera-protest-22393539.php (last visited Aug. 24, 2026) (statement of Christopher Rivera, Texas Civil Rights Project).
[8] Downen, *supra* note 2.
[9] H.E. Jenkins, University of St. Thomas Police Chief, quoted in *University of St. Thomas Launches a Connected Campus Safety Program with Drone as First Responder*, Flock Safety Blog (2026), https://www.flocksafety.com/blog/university-of-st-thomas-launches-a-connected-campus-safety-program-with-drone-as-first-responder (last visited Aug. 24, 2026); *New emergency drone system launches at University of St. Thomas in Houston*, Cmty. Impact (Apr. 23, 2026), https://communityimpact.com/houston/heights-river-oaks-montrose/education/2026/04/23/new-emergency-drone-system-launches-at-university-of-st-thomas-in-houston/ (last visited Aug. 24, 2026) (describing gun-detection systems in main residence halls, automated lockdown doors, campus-entry license plate readers, and drone footage shared with University of St. Thomas Police and the Houston Police Department).

ringing that private campus — encircling its library, chapel, museum, and residence halls along Sul Ross, West Alabama, and Main Streets.




*Figure 1: Reported locations of automated license plate reader cameras (blue markers) clustered on and around the University of St. Thomas campus in Houston's Montrose neighborhood. Source: DeFlock, maps.deflock.org.*[10]

The same is true well beyond any campus. Flock cameras also sit on the Northwest Freeway frontage road at Hollister Street, directly along the route to the Planned Parenthood — Northwest Health Center at 13169 Northwest Freeway, Suite 115, Houston, Texas 77040, a reproductive-health clinic offering birth control, STI testing, cancer

[10] The map is reproduced from DeFlock, a public database that maps the reported locations of automated license plate reader cameras, available at https://maps.deflock.org (view centered on the University of St. Thomas campus, 3800 Montrose Blvd., Houston, Texas; last visited Aug. 24, 2026). The map is offered to illustrate the density and reach of the automated license plate reader network in this area, not as proof of any particular capture of Mr. Rickenbacker. It is offered for background and context only; it is not proffered as evidence of any element of a charged offense, and the Court is not asked to make any evidentiary finding based on it before a proper foundation is laid at the hearing.

screening, and other confidential care.[11] Figure 2 below shows the cameras positioned squarely along that frontage road.




*Figure 2: Reported locations of automated license plate reader cameras (blue markers) along the Northwest Freeway frontage road at Hollister Street, Houston, adjacent to the Planned Parenthood — Northwest Health Center, 13169 Northwest Freeway, Suite 115. Source: DeFlock, maps.deflock.org.*[12]

A student, faculty member, or weekend visitor to the Menil Collection or the Byzantine Fresco Chapel Museum, and a patient driving to or from that health clinic, cannot make either trip without passing an automated license plate reader. Flock is therefore not simply a public surveillance tool that local governments have adopted; it is a private-public surveillance utility that reaches into the most sensitive corners of daily life,

---

[11] Planned Parenthood — Northwest Health Center, 13169 Northwest Fwy, Ste. 115, Houston, Tex. 77040, https://www.plannedparenthood.org/health-center/texas/houston/77040/northwest-health-center-4042-91650 (last visited Aug. 24, 2026).

[12] The map is reproduced from DeFlock, a public database that maps the reported locations of automated license plate reader cameras, available at https://maps.deflock.org (view centered on the Northwest Freeway frontage road at Hollister Street, Houston, Texas, near 13169 Northwest Freeway; last visited Aug. 24, 2026). The map is offered to illustrate the density and reach of the automated license plate reader network in this area, not as proof of any particular capture of Mr. Rickenbacker. It is offered for background and context only; it is not proffered as evidence of any element of a charged offense, and the Court is not asked to make any evidentiary finding based on it before a proper foundation is laid at the hearing.

where a person worships, where a person studies, and where a person seeks medical care. Attending, working at, or merely visiting a private university, or driving to a reproductive-health appointment, is enough to place a vehicle inside a network that Houston-area police can, and as documented in Section II below do, search without a warrant.

This is not a static, targeted tool. It is an unregulated, exponentially growing surveillance grid laid directly over this Division.

## II. RECENT, LOCAL EVIDENCE CONFIRMS THAT THE NETWORK IS BEING MISUSED IN EXACTLY THE MANNER THE MOTION TO SUPPRESS WARNS AGAINST

The Houston Chronicle obtained and analyzed a sample of nearly 470,000 Flock searches run by the Houston Police Department over a twelve-month period in 2025. Its analysis found that officers "often provided vague explanations or no specific law enforcement purpose" for those searches.[13] Separately, audit data obtained from a nationwide Flock network audit shows that HPD ran at least 109 immigration-related searches between January and May of 2025 alone, more than any other Texas agency identified in that audit, including the Texas Department of Public Safety (50), Dallas Police Department (17), Midland Police Department (2), and Montgomery County Sheriff's Office (2).[14] A February 2026 investigation further found that federal immigration agents obtained back-door access to a Houston-area school district's Flock data through out-of-state police departments with which the district had shared its camera network.[15]

---

[13] *Houston activists rally against Flock surveillance cameras over privacy concerns*, *supra* note 7.
[14] Autumn Lozano, *Texas Police Are Running Constitutionally Questionable AI-Assisted License Plate Searches for ICE*, The Barbed Wire (May 30, 2025), https://www.thebarbedwire.com/texas-cops-ice-license-plate-searches/ (last visited Aug. 24, 2026).
[15] Downen, *supra* note 2 (citing investigation by The 74, Feb. 2026).

The misuse is not confined to searches without a stated purpose. As of this month, no fewer than five Houston-area law-enforcement agencies had opened internal or criminal investigations into personnel suspected of abusing the Flock system:

- The **Harris County Sheriff's Office** suspended three deputies' access to its 480-camera network on August 14–15, 2026, while investigating suspected misuse — action the agency took only after a reporter's inquiry prompted the review. Sheriff Ed Gonzalez acknowledged that "this technology is subject to abuse" and that "[a]ny deputy who abuses the public trust will be held fully accountable, both professionally and criminally."[16]
- The **Baytown Police Department** opened both an internal-affairs investigation for policy misconduct and a criminal investigation, referred to the Harris County District Attorney's Office, into an unnamed officer's potential misuse of the Flock system. Chief John Stringer stated that "[i]f these allegations are sustained, then the employee involved will be held accountable to the fullest extent of the law and policy."[17]
- A **Pasadena Police Department** sergeant, Michael Palitz, resigned while under investigation for allegedly using the department's Flock system to track and monitor a female officer. He surrendered his Texas Commission on Law Enforcement peace-officer license under an agreement with the Harris County District Attorney's Office in lieu of prosecution.[18]
- The **Deer Park** and **Fort Bend County** law-enforcement agencies likewise opened investigations after audits identified improper searches by their own personnel.[19]

The misuse is not confined to Houston or even to Texas' stated purpose for the technology. Records confirm that a **Johnson County, Texas**, sheriff's deputy searched more than 83,000 Flock cameras nationwide — 6,809 camera networks, including networks in Washington and Illinois, where abortion remains legal — while investigating a woman

---

[16] *Harris County deputies lose access to Flock cameras due to investigation*, *supra* note 5.
[17] *Baytown police officer under investigation for potential misuse of Flock cameras*, Hous. Chron. (July 26, 2026), https://www.houstonchronicle.com/news/houston-texas/trending/article/flock-camera-baytown-police-officer-22360387.php (last visited Aug. 24, 2026).
[18] Valadez, *supra* note 6.
[19] *Houston groups hold week of events opposing Flock license plate cameras*, Hous. Chron. (Aug. 17, 2026), https://www.houstonchronicle.com/news/houston-texas/trending/article/houston-flock-safety-cameras-alpr-protests-22391500.php (last visited Aug. 24, 2026); *Flock surveillance is spreading across the Houston region. So is the backlash.*, *supra* note 3 (Fort Bend County).

suspected of a self-managed abortion; the deputy's stated reason for the search, entered directly into Flock's own search log, was "had an abortion, search for female."[20] The sheriff's office and Flock initially described the search publicly as a welfare check, but records later obtained by the Electronic Frontier Foundation showed the matter had in fact been opened as a "death investigation" of a "non-viable fetus," with deputies consulting prosecutors about a possible criminal charge — a sequence that has since prompted a formal congressional inquiry into Flock's national lookup feature.[21] The risk is not merely hypothetical here in Houston: Flock cameras of the same kind used in the Johnson County search sit directly along the route to the Planned Parenthood — Northwest Health Center on the Northwest Freeway frontage road, as Figure 3 below illustrates, positioned to capture the very kind of trip that search targeted.

---

[20] Joseph Cox, *A Texas Cop Searched License Plate Cameras Nationwide for a Woman Who Got an Abortion*, 404 Media (May 29, 2025), https://www.404media.co/a-texas-cop-searched-license-plate-cameras-nationwide-for-a-woman-who-got-an-abortion/ (last visited Aug. 24, 2026).

[21] Elec. Frontier Found., *Flock Safety and Texas Sheriff Claimed License Plate Search Was for a Missing Person. It Wasn't.* (Oct. 7, 2025), https://www.eff.org/deeplinks/2025/10/flock-safety-and-texas-sheriff-claimed-license-plate-search-was-missing-person-it (last visited Aug. 24, 2026); *see also* Elec. Frontier Found., *EFF's Investigations Expose Flock Safety's Surveillance Abuses: 2025 in Review* (Dec. 30, 2025), https://www.eff.org/deeplinks/2025/12/effs-investigations-expose-flock-safetys-surveillance-abuses-2025-review (last visited Aug. 24, 2026); Letter from Reps. Robert Garcia & Raja Krishnamoorthi to Garrett Langley, CEO, Flock Grp. (Aug. 6, 2025), https://krishnamoorthi.house.gov/sites/evo-subsites/krishnamoorthi.house.gov/files/evo-media-document/2025-08-06.garcia-krishnamoorthi-to-flock-re-lpr-tech-and-tracking.pdf (last visited Aug. 24, 2026).




*Figure 3: Reported locations of automated license plate reader cameras (blue markers) along the Northwest Freeway frontage road at Hollister Street, Houston, adjacent to the Planned Parenthood — Northwest Health Center, 13169 Northwest Freeway, Suite 115 — the same cluster shown in Figure 2, reproduced here for reference alongside the Johnson County search discussed above. Source: DeFlock, maps.deflock.org (see supra note 12).*

Separately, the Texas Department of Public Safety investigated Flock itself and found that the company had been operating in Texas, including in the Houston area, without the private-security license Texas law requires, resulting in a $500 fine.[22]

## III. THE PUBLIC AND FLOCK'S OWN RESPONSE CONFIRM THAT THIS IS NO LONGER TREATED AS A ROUTINE, UNREGULATED LAW-ENFORCEMENT TOOL

Local reaction has moved well beyond the ordinary policy debate. At least eight Flock cameras have been vandalized across Houston in recent weeks, including two cut down over the July Fourth weekend at Washington Avenue and Westcott Street, an incident still under HPD investigation.[23] Magnolia's police department cancelled its Flock contract

---

[22] *Houston groups hold week of events opposing Flock license plate cameras*, *supra* note 19.

[23] *Houston police investigate vandalized license-plate cameras found on July 4*, *supra* note 4; *Flock surveillance is spreading across the Houston region. So is the backlash.*, *supra* note 3.

outright, citing community concerns and the chief's own reservations; Austin and San Marcos have banned the technology within their city limits; and League City and Conroe are each moving toward November 2026 ballot measures that would let voters — not police departments — decide whether the cameras stay.[24] Houston hosted a full week of organized public opposition from August 16 through 22, 2026, during the National Week of Action Against ALPRs, including community walks through the Galleria, East End, and Texas Medical Center to locate and document Flock cameras.[25] On the Harris County Commissioners Court itself, Dr. Letitia Plummer, the Democratic nominee for Harris County Judge, has publicly called for a published search-authorization policy, an independent public annual audit, restrictions on outside data sharing, a strict retention limit, and consideration of terminating the County's Flock agreement altogether.[26]

Flock's own response corroborates the point. On August 13, 2026, the company announced that it would require all law-enforcement customers to implement an "Audit Assistance" tool to flag abnormal search activity, require a case code for every search (subject to limited emergency exceptions), and recommend cutting the default data-retention period from thirty days to seven.[27] A company does not overhaul its access

---

[24] *Flock surveillance is spreading across the Houston region. So is the backlash.*, *supra* note 3; *Two Houston-area cities could put Flock license plate cameras before voters*, Click2Houston (Aug. 10, 2026), https://www.click2houston.com/news/local/2026/08/10/two-houston-area-cities-could-put-flock-license-plate-cameras-before-voters/ (last visited Aug. 24, 2026).
[25] *Houston groups hold week of events opposing Flock license plate cameras*, *supra* note 19.
[26] Valadez, *supra* note 6.
[27] Zach Schonbrun, *Flock Safety cuts license plate camera data retention from 30 days to 7*, N.Y. Post (Aug. 13, 2026), https://nypost.com/2026/08/13/us-news/flock-safety-cuts-license-plate-camera-data-retention-from-30-days-to-7/ (last visited Aug. 24, 2026); *see also* Elec. Frontier Found., *Too Little, Too Late: Flock Admits Their Technology Needs Reforms* (Aug. 13, 2026), https://www.eff.org/deeplinks/2026/08/too-little-too-late-flock-admits-their-technology-needs-reforms (last visited Aug. 24, 2026).

controls, audit tooling, and retention defaults in response to a problem that does not exist. Congress has likewise responded: the PRIVACY Act, H.R. 9716 (119th Cong.), introduced last month by Representative Keith Self of Texas and others, would require federal agencies to obtain a warrant before querying state and local ALPR networks such as Flock's.[28]

## IV. THE CONSTITUTIONAL QUESTION REMAINS LIVE AND UNSETTLED

Flock is presently being litigated, argued, and re-argued across the country, in real time, which is itself evidence that the question this Court is asked to decide is neither settled nor academic. As this brief's companion Supplemental Brief already argues in distinguishing *United States v. Porter*, 170 F.4th 381 (5th Cir. 2026), the density, cross-jurisdictional reach, and searchable historical depth of the Flock network actually deployed in the Houston region, documented above, are precisely the aggregated tracking capacity *Porter*'s ten-camera municipal system lacked, and that *Carpenter* v. United States, 585 U.S. 296 (2018), and United States v. Chatrie, 107 F.4th 319 (4th Cir. 2024), identify as the constitutional concern.

## CONCLUSION

None of this material asks the Court to find that Flock is unconstitutional, per se, other than its use in Mr. Rickenbacker as raised in his Motion to Suppress. It is offered, as the Motion to Suppress and accompanying materials propose, as background bearing on the

---

[28] PRIVACY Act, H.R. 9716, 119th Cong. (2026), https://www.congress.gov/bill/119th-congress/house-bill/9716/text/ih (last visited Aug. 24, 2026).

expectation of privacy society now holds in the face of a documented, local pattern of expansion and misuse, and on the deterrent value of suppression where, as here, the same technology, and in several instances the same regional law-enforcement infrastructure, is presently the subject of ongoing internal and criminal investigation. This supplemental brief develops that background; it supplements, and neither narrows nor supersedes, the full relief requested in the Motion to Suppress and the briefing that followed it, including suppression of the Flock ALPR evidence and the firearm and clothing seized from the residence identified in the Motion to Suppress as Target Residence #7 as fruit of the poisonous tree.

Respectfully submitted,

/s/ Michael DeGeurin
Michael DeGeurin
Federal Bar No. 23288
Foreman DeGeurin & DeGeurin
300 Main St., 3rd Floor
Houston, Texas 77002
Telephone No. (713) 655-9000
Facsimile No. (713) 655-1812
Attorney for Bradley Rickenbacker

**CERTIFICATE OF SERVICE**

On the day of filing, a true and correct copy of this filing was served on all counsel of record through the Court's CM/ECF system and emailed to the Assistant United States Attorney.

/s/ Michael DeGeurin
Michael DeGeurin