**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:24-CR-543-13** |
| | § | |
| **MARCEL LETT** | § | |

**DEFENDANT LETT'S MOTION TO REMOVE HOME DETENTION AND ELECTRONIC MONITORING**

1. Defendant Marcel Lett is charged in Count 2 of the Superseding Indictment with assault in aid of racketeering and in Count 3 with aiding and abetting in the discharge of a firearm in furtherance of an act of violence.

2. A detention hearing was held on February 27, 2025, before Magistrate Judge Bennett and Mr. Lett was released on bond. The conditions of bond include home detention and electronic monitoring.

3. The trial in this case has been reset to March 29, 2027.

4. Mr. Lett was in the Marine Corps for 20 years and honorably discharged. He was a drill instructor. He was deployed overseas 10 times and engaged in combat on numerous occasions. He received a medal of valor in combat. As a result of his service, Mr. Lett suffers from Post Traumatic Stress Disorder and is on disability.

5. After the Marine Corps, until the time of his arrest, Mr. Lett was a Jr. ROTC Instructor at Fort Bend Independent School District. He was held in high esteem by both the School District and the Jr. ROTC students he instructed.

6. Turning to the facts of the case, the videotape evidence shows that Mr. Lett allegedly assaulted the victim by kicking him. This case would be a simple assault in Harris County,

routinely resolved by deferred adjudication. However, since there is an allegation, this was done "in aid of racketeering", the State Court simple assault has been elevated to a Federal Felony.

7. Count 3 charges Mr. Lett with aiding and abetting in the discharge of a firearm. The evidence is undisputed that Mr. Lett did not discharge a firearm. Rather, the government is seeking to hold him responsible for the discharge of a firearm by a co-defendant.

8. Mr. Lett does not pose a risk of flight or a danger to the community. In fact, as was brought out at the detention hearing, the events of the indictment occurred 5 years ago (Now 6 years ago). Mr. Lett has demonstrated during the six-year period that he does not pose a danger to the community.

9. Pretrial Services Officer Christian Noe stated that he is unopposed to the granting of this motion.

WHEREFORE, Defendant Lett prays that his bond be modified to remove home detention and electronic monitoring.

/s/ Richard Kuniansky
RICHARD KUNIANSKY
State Bar No. 11762840
440 Louisiana, Suite 1440
Houston, Texas 77002
Telephone: (713) 622-8333
rkuniansky@gmail.com
**ATTORNEY FOR DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:24-CR-543-13** |
| | § | |
| **MARCEL LETT** | § | |

**ORDER ON DEFENDANT'S MOTION TO REMOVE HOME DETENTION AND ELECTRONIC MONITORING**

Having considered the motion, any response thereto, and the applicable law, the Court finds that the motion should be, and hereby is, GRANTED/DENIED.

It is therefore ORDERED that Defendant Lett's Conditions of Release are modified to remove home detention and electronic monitoring.

SIGNED at Houston, Texas, on this ______ day of ____________________, 2026.

_____________________________
**HONORABLE KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2026, a copy of the foregoing motion was served on the United States Attorney's office and the United States Pretrial Services for the Southern District of Texas, Houston Division, via electronic filing and email.

/s/ Richard Kuniansky
Richard Kuniansky

**CERTIFICATE OF CONFERENCE**

On October 23, 2026, undersigned counsel attempted to confer with Assistant United States Attorney Byron Black, but he is out of the office until November 12, 2026. Additionally, on October 23, 2026, undersigned counsel conferred with United States Pretrial Services Officer Christian Noe, who stated he is unopposed to this motion.

/s/ Richard Kuniansky
Richard Kuniansky