*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§ | |
| | § | |
| vs. | § | CASE NO. 4:24-CR-543-13 |
| | § | |
| MARCEL LETT | § | |

AMENDED EXHIBIT LIST OF MARCEL LETT

1. DD214
2. Heroic Award Recommendation

Respectfully submitted,

/s/ Richard Kuniansky
Richard Kuniansky
State Bar of Texas 11762840
440 Louisiana, Suite 1440
Houston, Texas 77002
(713) 622-8333
(281) 783-4541 (Fax)
Attorney for Defendant,
Marcel Lett

CERTIFICATE OF SERVICE

I certify a copy of this pleading was provided to all parties via CM/ECF on October 26, 2026.

/s/ Richard Kuniansky
______________________
Richard Kuniansky